

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-10-2005

# Parker v. Kelchner

Precedential or Non-Precedential: Precedential

Docket No. 04-3286

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Parker v. Kelchner" (2005). *2005 Decisions.* Paper 183.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/183

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-3286

———

SHAWN PARKER,

v.

DONALD KELCHNER, Superintendent;
ATTORNEY GENERAL OF PENNSYLVANIA,

Appellants.

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 03-CV-0837)
Magistrate Judge: Honorable Thomas M. Blewitt

———

Argued: October 19, 2005

Before: SCIRICA, Chief Judge, VAN ANTWERPEN and
ALIDISERT, Circuit Judges.

(Filed: November 10, 2005)

John G. Knorr, III (Argued)
Thomas W. Corbett, Jr.
Francis R. Filipi
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120

*Counsel for Appellants Donald Kelchner and the Attorney General of Pennsylvania*

Linda J. Shorey
Amy L. Groff (Argued)
David R. Fine
Kirkpatrick & Lockhart Nicholson Graham LLP
240 North Third Street
Harrisburg, PA 17101

*Counsel for Appellee Shawn Parker*

—————

## ORDER AMENDING OPINION

—————

The opinion previously filed in this case is amended as follows:

Page 6: "Parker did not raise such any challenge" is amended to read "Parker did not raise any such challenge"

Page 9: "Circuit for that favors" is amended to read "Circuit that favors"


BY THE COURT


/s/ *Franklin S. Van Antwerpen*
Circuit Judge